# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE HURT, ) | |
| ) | Case No. 2:16-cv-00132-JAD-NJK |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff is proceeding in this action *pro se*, and submitted documents in an effort to initiate this case on January 22, 2016. Docket No. 1. Plaintiff has not, however, submitted the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. In order to proceed with his case, Plaintiff must either pay the filing fee or submit the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them.

In addition, Plaintiff's hand-written complaint is not sufficiently legible to enable the Court or any opposing party to fully understand it. *See* Local Rule 10-1 ("All handwriting shall be legible"). Plaintiff's complaint is therefore dismissed with leave to amend. Plaintiff is permitted to refile the complaint, but it must either be type-written or it must be hand-written legibly.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *in Forma Pauperis*.

2. The Clerk of the Court shall send Plaintiff a blank application form.

3. Plaintiff's complaint is dismissed with leave to amend. Plaintiff is permitted to refile the complaint, but it must either be type-written or it must be hand-written legibly.

4. Plaintiff must comply with this order no later than March 3, 2016. Failure to comply will result in a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

Dated: February 2, 2016.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2