# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tyrone Hurt,<br><br>　　　Plaintiff<br><br>v.<br><br>The United States of America,<br><br>　　　Defendant | **2:16-cv-00132-JAD-NJK**<br><br>**Order Adopting Report and Recommendation, Denying Motion for Leave to Proceed *In Forma Pauperis* on Appeal, and Dismissing and Closing Case**<br><br>[ECF No. 5] |

After Tyrone Hurt filed an illegible complaint in violation of this district's local rules,[1] Magistrate Judge Koppe dismissed his complaint without prejudice and ordered him to file a legible complaint by March 3, 2016.[2] Magistrate Judge Koppe's order explicitly warned Hurt that failure to comply with her order would result in a dismissal recommendation.[3] Hurt then submitted two applications to proceed *in forma pauperis* but did not file an amended complaint.[4] The magistrate judge granted Hurt IFP status but recommends dismissal because there is no operative complaint in this case and Hurt failed to comply with her previous order.[5]

　　Hurt appealed Magistrate Judge Koppe's report and recommendation to the Ninth Circuit Court of appeals,[6] which promptly dismissed the appeal for lack of jurisdiction.[7] But he filed no objection to the magistrate judge's report and recommendation that I dismiss his case, nor did he

---

[1] L.R. 10-1

[2] ECF No. 2.

[3] *Id.* at 2.

[4] ECF Nos. 3, 4.

[5] ECF No. 5.

[6] ECF No. 7 (notice of appeal).

[7] ECF No. 9 (USCA order), ECF No. 11 (order on mandate).

request an extension of time to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[8]  I therefore adopt Magistrate Judge Koppe's report and recommendation in its entirety and dismiss this case without prejudice.

## Conclusion

Accordingly, IT IS HEREBY ORDERED, that Magistrate Judge Koppe's **report and recommendation [ECF No. 5] is ADOPTED.  This case is dismissed without prejudice.**

The Clerk of Court is directed to CLOSE THIS CASE.

Dated this 27th day of May, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[8] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).