UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Tyrone Hurt,<br>      Plaintiff<br>v.<br>United States of America,<br>      Defendant | **2:16-cv-00132-JAD-NJK**<br><br>**Order Denying Motion to Reconsider**<br><br>[ECF No. 24] |

On May 31, 2016, I dismissed this case without prejudice.[1] Hurt then filed a mostly illegible document that I construed to do three things: (1) operate as a notice of appeal from my dismissal order, (2) ask the Ninth Circuit for pauper status, and (3) ask the Ninth Circuit for appointed counsel for appeal. I thus directed the Clerk of Court to docket the filing as a notice of appeal and motion for pauper status and counsel on appeal and forward it to the Ninth Circuit.[2] On October 19, 2016, the Ninth Circuit issued its mandate dismissing Hurt's appeal.[3] A few days later, I entered this court's order on the mandate.

Hurt has now filed another illegible document, which appears to be a motion for reconsideration of my order on the Ninth Circuit's mandate.[4] I do not have authority to review the Ninth Circuit's decision to dismiss Hurt's appeal. Accordingly,

---

[1] ECF No. 12.

[2] ECF No. 14.

[3] ECF No. 23.

[4] ECF No. 24.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Hurt's motion to reconsider **[ECF No. 24] is DENIED**. Hurt is cautioned that any further filings in this closed case will be summarily denied.

Dated this 13th day of February, 2017.

_____
Jennifer A. Dorsey
United States District Judge